**[Counsel of Record listed on Next Page]**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WOODS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CV MCDOWELL MEDICAL INC., d/b/a Express Rx Pharmacy Services, a Florida Corporation; MCDOWELL COMPANIES, INC., a Florida Corporation; and JACK STAPLETON, an individual.<br><br>Defendants. | Case No. 2:15-CV-2655 GW (FFMx)<br><br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

27562522v1

**THE COOPER LAW FIRM, P.C.**
Scott B. Cooper (Cal. Bar No. 174520)
scott@cooper-firm.Com
Samantha A. Smith (Cal. Bar No. 233331)
samantha@cooper-firm.Com
4000 Barranca Parkway, Suite 250
Irvine, California  92604
Telephone: (949) 724-9200
Facsimile: (949) 724-9255

**AEGIS LAW FIRM, P.C.**
Samuel A. Wong (State Bar No. 217104)
swong@aegislawfirm.com
Kashif Haque (State Bar No. 218672)
khaque@aegislawfirm.com
Jessica L. Campbell (State Bar No. 280626)
jcampbell@aegislawfirm.com
9811 Irvine Center Drive, Suite 100
Irvine, California  92618
Telephone:  949-379-6250
Facsimile:  949-379-6251

Attorneys for Plaintiff John Woods, on Behalf of Himself and All Others Similarly Situated

LAW OFFICES OF DARREN LANDIE
Darren Landie (Cal. Bar No. 216826)
darren@landielaw.com
2600 Walnut Ave., Suite E
Tustin, CA 92780
Telephone: 714-544-3291
Facsimile:  714-276-6110

**GREENSPOON MARDER LAW**
Richard Epstein (admitted *pro hac vice*)
richard.epstein@gmlaw.com
Jeffrey Backman (admitted *pro hac vice*)
jeffrey.backman@gmlaw.com
200 E. Broward Blvd, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 491-1120

2

27562522v1

Facsimile: (954) 213-0140

Brian R. Cummings (admitted *pro hac vice*)
brian.cummings@gmlaw.com
401 E. Jackson Street, Suite 1825
Tampa, FL 33602
Telephone: (813) 769-7020
Facsimile: (813) 426-8582

Attorneys for Defendants CV McDowell Medical, Inc., McDowell Companies, Inc. and Jack Stapleton

3

27562522v1

Plaintiff John Woods and Defendants CV McDowell Medical, Inc., McDowell Companies, Inc., and Jack Stapleton, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action without prejudice, with the parties bearing their own costs.

Dated: August 25, 2016          **THE COOPER LAW FIRM, P.C.**


                                By: */s/ Scott B. Cooper*_____
                                    Scott B. Cooper
                                    Co-Counsel for Plaintiff John Woods

Dated: August 25, 2016          **GREENSPOON MARDER PA**


                                By: */s/ Brian R. Cummings*_____
                                    Brian R. Cummings
                                    Co-Counsel for Defendants CV McDowell
                                    Medical, Inc., McDowell Companies, Inc.
                                    and Jack Stapleton

I, the filer of this document attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                **THE COOPER LAW FIRM, P.C.**


                                By: */s/ Scott B. Cooper*_____
                                    Scott B. Cooper
                                    Co-Counsel for Plaintiff John Woods

4

27562522v1